UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOEL MARK WHITLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KILOLO KIJAKAZI, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | **JUDGMENT** <br><br> 5:20-CV-498-BO |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the decision is supported by substantial evidence and the correct law was applied. The decision of the Commissioner is therefore AFFIRMED. Plaintiff's motion for summary judgment [DE 18] is DENIED and defendant's motion for judgment on the pleadings [DE 21] is GRANTED.

**This judgment filed and entered on February 28, 2022, and served on:**
Jonathan Howell Winstead (via CM/ECF NEF)
Mark J. Goldenberg (via CM/ECF NEF)

February 28, 2022

PETER A. MOORE, JR., CLERK

 /s/Lindsay Stouch
By: Deputy Clerk